RECEIVED

MAY 3 0 2018

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

TRAMAINE M. BEADLES,                   CIVIL ACTION NO. 1:18-CV-318-P
Petitioner

VERSUS                                 JUDGE DEE D. DRELL

CALVIN JOHNSON,                        MAGISTRATE JUDGE PEREZ-MONTES
Respondent

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the motion for injunctive relief (Doc. 5) is hereby DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 29 day of _____ MAY _____, 2018.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE